Certificate Number: 14424-NJ-DE-037150668

Bankruptcy Case Number: 23-10574



14424-NJ-DE-037150668

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2023, at 2:33 o'clock PM EST, Wilhelm E Holscher completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  February 1, 2023               By:   /s/Edsie Lim

                                      Name: Edsie Lim

                                      Title: Certified Personal Finance Counselor