Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                       Case No.:  23−10574−ABA
                                       Chapter:  13
                                       Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilhelm Ernst Holscher
   aka William Ernst Holscher
   700 Avondale Avenue
   Haddonfield, NJ 08033

Social Security No.:
   xxx−xx−6096

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              4/12/23
Time:             10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 21, 2023
JAN: lgr

                                                         Jeanne Naughton
                                                         Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 23-10574-ABA

Wilhelm Ernst Holscher                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                                     Page 1 of 2

Date Rcvd: Feb 21, 2023                     Form ID: 132                                   Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilhelm Ernst Holscher, 700 Avondale Avenue, Haddonfield, NJ 08033-3008 |
| 519819247 | + | City of Sea Isle City, 2nd Floor Room 204, 233 John F. Kennedy Blvd, Sea Isle City, NJ 08243-1931 |
| 519819248 | | Haddon Township, Tax Assessment Office, 135 Haddon Avenue, Westmont, NJ 08108 |
| 519819249 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519832854 | + | NJCLASS, PO BOX 544, TRENTON, NJ 08625-0544 |
| 519825906 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 21 2023 22:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 21 2023 22:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 21 2023 22:59:37 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 519819245 | | Email/Text: kmccarthy@collingswood.com | Feb 21 2023 22:44:00 | Borough of Collingswood, 678 Haddon Avenue, Collingswood, NJ 08108 |
| 519819244 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 21 2023 22:44:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519819243 | ^ | MEBN | Feb 21 2023 22:41:26 | Bank of America, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519819246 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2023 22:59:21 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519819250 | | Email/Text: bankruptcy@td.com | Feb 21 2023 22:45:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519819251 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 21 2023 22:59:23 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 21, 2023 | Form ID: 132 | Total Noticed: 15 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Wilhelm Ernst Holscher andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A. NJBKR@brockandscott.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5