| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-01927 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | Order Filed on April 12, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Wilhelm Ernst Holscher<br>aka William Ernst Holscher | Case No: 23-10574-ABA<br><br>Hearing Date: April 12, 2023<br><br>Judge: ANDREW B. ALTENBURG, JR<br><br>Chapter: 13 |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: April 12, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-01927 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
|---|---|
| In Re:<br><br>Wilhelm Ernst Holscher<br>aka William Ernst Holscher | Case No: 23-10574-ABA<br><br>Hearing Date: April 12, 2023<br><br>Judge: ANDREW B. ALTENBURG, JR<br><br>Chapter: 13 |

      The Consent Order pertains to the property located at 410 Clements Bridge Rd, Barrington, NJ 08007, mortgage account ending with "6661";

      This Matter having been brought before the Court by Andrew B. Finberg, Esquire, attorney for Debtor, Wilhelm Ernst Holscher (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Wells Fargo Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

      1.     The Parties agree that this consent order shall be made part of the Confirmation Order.

      2.     The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#3), which lists pre-petition arrears in the amount of $258.87, through Chapter 13 Plan payments.

      3.     If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

      4.     This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

| | |
|---|---|
| BROCK AND SCOTT, PLLC<br>Wells Fargo Bank, N.A.<br>By Its Attorney,<br><br>/s/ Matthew Fissel<br>Matthew Fissel<br>(Bar No. 038152012)<br>Attorney for Creditor<br>BROCK & SCOTT, PLLC<br>8757 Red Oak Blvd.<br>Suite 150<br>Charlotte, NC 28217<br>Telephone: 844-856-6646<br>Facsimile: 704-369-0760<br>E-Mail: NJBKR@brockandscott.com<br><br>Dated: March 24, 2023 | DEBTOR<br>By Their Attorney,<br><br>/s/ Andrew B. Finberg<br>Andrew B. Finberg, Esquire<br>Attorney for Debtor<br>525 Route 73 South, Suite 200,<br>Marlton, NJ 08053<br>Phone Number: 856-988-9055<br>Email: andy@sjbankruptcylaw.com<br><br>Dated: 3/25/23 |