UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-01927 BKOBJ02
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.
In Re:

Wilhelm Ernst Holscher
aka William Ernst Holscher

Order Filed on July 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 23-10574-ABA

Hearing Date: June 28, 2023

Judge: ANDREW B. ALTENBURG, JR

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: July 12, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-01927 BKOBJ02<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
| In Re:<br><br>Wilhelm Ernst Holscher<br>aka William Ernst Holscher | Case No: 23-10574-ABA<br><br>Hearing Date: June 28, 2023<br><br>Judge: ANDREW B. ALTENBURG, JR<br><br>Chapter: 13 |

The Consent Order pertains to the property located at 410 Clements Bridge Rd, Barrington, NJ 08007, mortgage account ending with "6661";

This Matter having been brought before the Court by Andrew B Finberg, Esquire, attorney for Debtor, Wilhelm Ernst Holscher (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Wells Fargo Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The Parties agree that this consent order shall be made part of the Confirmation Order.

2. The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#3) which lists pre-petition arrears in the amount of $258.87, through Chapter 13 Plan payments.

3. If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

4. Debtor acknowledges that the regular monthly payment amount is $1,906.83 and is subject to change in accordance with the terms of the note and mortgage.

5. If the Debtor fails to make any regular monthly mortgage payment within thirty (30) days of the date it becomes due, then the Creditor may obtain an Order vacating, terminating and/or annulling the Automatic Stay as to the Property by filing, with the Bankruptcy court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Bankruptcy Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and Debtor's attorney.

6. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Wells Fargo Bank, N.A.
By Its Attorney,

/s/ Matthew Fissel
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: July 11, 2023

DEBTOR
By Their Attorney,

/s/
Andrew B Finberg, Esquire
Attorney for Debtor
525 Route 73 South, Suite 200,
Marlton, NJ 08053
Phone Number: 856-988-9055
Email: andy@sjbankruptcylaw.com

Dated: 7/10/2023