UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-01927 BKOBJ02
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

Wilhelm Ernst Holscher
aka William Ernst Holscher

Order Filed on July 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 23-10574-ABA

Hearing Date: June 28, 2023

Judge: ANDREW B. ALTENBURG, JR

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: July 12, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| 23-01927 BKOBJ02 |
| BROCK & SCOTT, PLLC |
| 302 Fellowship Rd, Suite 130 |
| Mount Laurel, NJ 08054 |
| (844) 856-6646 |
| Attorneys for Wells Fargo Bank, N.A. |

| In Re: | Case No: 23-10574-ABA |
| --- | --- |
| Wilhelm Ernst Holscher<br>aka William Ernst Holscher | Hearing Date: June 28, 2023 |
| | Judge: ANDREW B. ALTENBURG, JR |
| | Chapter: 13 |

The Consent Order pertains to the property located at 410 Clements Bridge Rd, Barrington, NJ 08007, mortgage account ending with "6661";

This Matter having been brought before the Court by Andrew B Finberg, Esquire, attorney for Debtor, Wilhelm Ernst Holscher (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Wells Fargo Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1.    The Parties agree that this consent order shall be made part of the Confirmation Order.

2.    The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#3) which lists pre-petition arrears in the amount of $258.87, through Chapter 13 Plan payments.

3.    If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

4.    Debtor acknowledges that the regular monthly payment amount is $1,906.83 and is subject to change in accordance with the terms of the note and mortgage.

5. If the Debtor fails to make any regular monthly mortgage payment within thirty (30) days of the date it becomes due, then the Creditor may obtain an Order vacating, terminating and/or annulling the Automatic Stay as to the Property by filing, with the Bankruptcy court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Bankruptcy Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and Debtor's attorney.

6. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Wells Fargo Bank, N.A.
By Its Attorney,

/s/ Matthew Fissel
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: July 11, 2023

DEBTOR
By Their Attorney,

/s/
Andrew B Finberg, Esquire
Attorney for Debtor
525 Route 73 South, Suite 200,
Marlton, NJ 08053
Phone Number: 856-988-9055
Email: andy@sjbankruptcylaw.com

Dated: 7/10/2023

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 23-10574-ABA
Wilhelm Ernst Holscher                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2
Date Rcvd: Jul 12, 2023            Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wilhelm Ernst Holscher, 700 Avondale Avenue, Haddonfield, NJ 08033-3008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Wilhelm Ernst Holscher andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A. NJBKR@brockandscott.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Jul 12, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 6