UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRIAN E. CAINE, ESQ.

PARKER McCAY P.A.

9000 Midlantic Drive, Suite 300

P.O. Box 5054

Mount Laurel, NJ  08054

(856) 985-4059

Attorneys for Bank of America, N.A.

In Re:

Wilhelm Ernst Holscher

Debtor

Case No.:       23-10574-ABA

Chapter:              13

Judge:       Andrew B. Altenburg Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____ Bank of America, N.A. _____.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   BRIAN E. CAINE, ESQ.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, NJ  08054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: _November 15, 2023_____

/s/ Brian E. Caine_____
Signature

*new.8/1/15*