UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2023-0817

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for Bank of America, N.A.

In Re:

Wilhelm Ernst Holscher
aka William Ernst Holscher

Case No.: 23-10574-ABA

Hearing Date: 01/24/2024

Judge: Honorable Andrew B. Altenburg, Jr.

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

   ☒ represent the   Creator   in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 20, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Form of Order submitted- Resolving Objection to Confirmation.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

/s/ William M. E. Powers III
William M. E. Powers III

Dated: December 20, 2023

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton NJ 08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Kevin C. Fayette, Esquire<br>1675 Whitehorse Mercerville Road<br>Suite 204<br>Hamilton, NJ 08619 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Wilhelm Ernst Holscher<br>aka William Ernst Holscher<br>700 Avondale Avenue<br>Haddonfield NJ 08033 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.