| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2023-0817<br><br>Powers Kirn, LLC<br>ecf@powerskirn.com<br>308 Harper Drive, Suite 210<br>Moorestown, NJ 08057<br>856-802-1000 | <br>Order Filed on December 28, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Wilhelm Ernst Holscher<br>aka William Ernst Holscher | Case No.: 23-10574-ABA<br><br>Hearing Date: January 24, 2024<br><br>Judge: Honorable Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 28, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 23-10574-ABA    Doc 46    Filed 12/28/23    Entered 12/28/23 09:36:52    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Wilhelm Ernst Holscher
aka William Ernst Holscher
Case No.: 23-10574-ABA
Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Bank of America, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Bank of America, N.A., is hereby resolved upon the condition that debtor's plan is hereby amended to provide for payment in full of the pre-petition arrears due claimed by Bank of America, N.A., in the amount of $23,572.75 as set forth in Claim #5.

2. Debtor agrees to tender the post-petition mortgage payments directly to Bank of America, N.A.,in the amounts and in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

3. The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.