| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Shannon Burrini, Esq.<br>Pro Capital Management III, LLC<br>2500 McClellan Ave., Suite 200<br>Pennsauken, NJ 08109<br>Tel. 856-528-0467<br>shannonb@procapllc.com<br>Attorney for Creditor, Pro Cap 8 FBO Firstrust Bank | |
| In Re:<br><br>Wilhelm Ernst Holscher | Case No.: 23-10574<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Pro Cap 8 FBO Firstrust Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Shannon Burrini, Esq.
Pro Capital Management III, LLC
2500 McClellan Ave., Suite 200
Pennsauken, NJ 08109
Tel. 856-528-0467
shannonb@procapllc.com

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

Date: April 3, 2024

/s/ Shannon Burrini
Signature

new.8/1/15