UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2023-0817

Powers Kirn, LLC
ecf@powerskirn.com
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000

In Re:

Wilhelm Ernst Holscher
aka William Ernst Holscher

**Order Filed on April 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 23-10574-ABA

Hearing Date: April 10, 2024

Judge: Honorable Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 1, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Wilhelm Ernst Holscher
aka William Ernst Holscher
Case No.: 23-10574-ABA
Caption of Order:        ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Bank of America, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1.      The objection to confirmation filed on behalf of Bank of America, N.A., is hereby resolved upon the condition that debtor's plan is hereby amended to provide for payment in full of the pre-petition arrears due claimed by Bank of America, N.A., in the amount of $23,572.75 as set forth in Claim #5.

2.      Debtor agrees to tender the post-petition mortgage payments directly to Bank of America, N.A.,in the amounts  and in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

3.      The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Wilhelm Ernst Holscher  
    Debtor

Case No. 23-10574-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Apr 01, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wilhelm Ernst Holscher, 700 Avondale Avenue, Haddonfield, NJ 08033-3008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor Bank of America N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin C. Fayette | on behalf of Debtor Wilhelm Ernst Holscher kfayette@kevinfayette.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Matthew K. Fissel
    on behalf of Creditor Wells Fargo Bank  N.A. NJBKR@brockandscott.com, matthew.fissel@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com


TOTAL: 10