UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2023-0817

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for Bank of America, N.A.

Order Filed on June 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Wilhelm Ernst Holscher
aka William Ernst Holscher

Debtor(s)

Case No.: 23-10574-ABA

Chapter: 13

Hearing Date: 06/11/2024

Judge: Honorable Andrew B. Altenburg Jr.

Oral Argument Waived

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 11, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorney for Bank of America, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay and Bankruptcy Code section 1301 for relief from the co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the motion is granted and the stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[X]   Real property more fully described as: 700 Avondale Ave, Haddonfield, NJ 08033-3008

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue it state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

[ ]   Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonable communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.