| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>BRIAN E. CAINE, ESQ.<br>PARKER McCAY P.A.<br>9000 Midlantic Drive; Suite 300<br>P.O. Box 5054<br>Mt. Laurel, New Jersey 08054<br>(856) 985-4059<br>Attorney for Bank of America, N.A., its successors and/or assigns | **Order Filed on June 25, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Wilhelm Ernst Holscher | Case No.: 23-10574-ABA<br>Chapter: 13<br>Hearing Date: June 25, 2024<br>Judge: Andrew B. Altenburg Jr. |

Recommended Local Form    ☐ Followed    X Modified

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**AND CO-DEBTOR STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 25, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of <u>Bank of America, N.A., its successors and/or assigns</u>, under Bankruptcy Code section 362(d) for relief from the automatic stay and section 1301 co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay and co-debtor stay are terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

X Real property more fully described as:

**700 Avondale Ave., Haddonfield, NJ 08033-3008**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

IT IS FURTHER ORDERED that Movant is exempt from further compliance with Fed. Bankr. Rule P. 3002.1.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

rev. 11/14/2023

2

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-10574-ABA
Wilhelm Ernst Holscher  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jun 25, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

**Recip ID        Recipient Name and Address**
db            + Wilhelm Ernst Holscher, 700 Avondale Avenue, Haddonfield, NJ 08033-3008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:**

**Name**          **Email Address**
Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Brian E Caine
    on behalf of Creditor Bank of America N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
    on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin C. Fayette
    on behalf of Debtor Wilhelm Ernst Holscher kfayette@kevinfayette.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 25, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Matthew K. Fissel
    on behalf of Creditor Wells Fargo Bank  N.A. NJBKR@brockandscott.com, matthew.fissel@brockandscott.com

Shannon Burrini
    on behalf of Creditor Pro Cap 8 FBO Firstrust Bank shannonb@procapllc.onmicrosoft.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

TOTAL: 12