Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10574−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilhelm Ernst Holscher
   aka William Ernst Holscher
   700 Avondale Avenue
   Haddonfield, NJ 08033

Social Security No.:
   xxx−xx−6096

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/25/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 26, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Wilhelm Ernst Holscher  
    Debtor

Case No. 23-10574-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jun 27, 2024      Form ID: 148      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilhelm Ernst Holscher, 700 Avondale Avenue, Haddonfield, NJ 08033-3008 |
| aty | + | William M.E. Powers III, Powers Kirn, LLC, 308 Harper Drive ,Suite 210, Moorestown, NJ 08057-3245 |
| 519819247 | + | City of Sea Isle City, 2nd Floor Room 204, 233 John F. Kennedy Blvd, Sea Isle City, NJ 08243-1931 |
| 519819248 | + | Haddon Township, Tax Assessment Office, 135 Haddon Avenue, Westmont, NJ 08108-2744 |
| 519819249 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519832854 | + | NJCLASS, PO BOX 544, TRENTON, NJ 08625-0544 |
| 519908729 | + | Paul J. Baldini, 233 John F. Kennedy Blvd, 2nd Floor Room 204, Sea Isle City, NJ 08243-1931 |
| 520214758 | + | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: WFFC2 | Jun 28 2024 02:12:00 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 519819245 | | Email/Text: wgiordano@collingswood.com | Jun 27 2024 21:55:00 | Borough of Collingswood, 678 Haddon Avenue, Collingswood, NJ 08108 |
| 519819244 | + | EDI: BANKAMER | Jun 28 2024 02:12:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519819243 | ^ | MEBN | Jun 27 2024 21:49:14 | Bank of America, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519878922 | | EDI: BANKAMER | Jun 28 2024 02:12:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519819246 | + | EDI: CAPITALONE.COM | Jun 28 2024 02:12:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519819250 | | EDI: TDBANKNORTH.COM | Jun 28 2024 02:12:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519825906 | ^ | MEBN | Jun 27 2024 21:47:10 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519843108 | + | EDI: WFFC2 | Jun 28 2024 02:12:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 519819251 | + | EDI: WFFC2 | Jun 28 2024 02:12:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA |

Case 23-10574-ABA    Doc 72    Filed 06/29/24    Entered 06/30/24 00:29:49    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jun 27, 2024 | Form ID: 148 | Total Noticed: 20 |

50328-0001

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Avenue, Suite 200, Pennsauken, NJ 08109-4613 |
| 519880592 | * | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor Bank of America  N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin C. Fayette | on behalf of Debtor Wilhelm Ernst Holscher kfayette@kevinfayette.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank  N.A. NJBKR@brockandscott.com, matthew.fissel@brockandscott.com |
| Shannon Burrini | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank shannonb@procapllc.onmicrosoft.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 12